FILED

08 FEB -6 PM 3:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0304 W |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute; |
| ADOLFO JONATHAN TORRES, | Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| Defendant. | |

The grand jury charges:

On or about January 2, 2008, within the Southern District of California, defendant ADOLFO JONATHAN TORRES did knowingly and intentionally possess, with intent to distribute, 1,000 kilograms and more, to wit: approximately 1,738.68 kilograms (3,833.79 pounds), of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: February 6, 2008.

A TRUE ~~BILL~~:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:fer:Imperial
2/5/08