Frank M. Murphy, III
Attorney at Law
2482 Greyling Drive
San Diego, CA 92123
e-mail: fmlaw@san.rr.com

Attorney for Defendant
ADOLFO JONATHAN TORRES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff,)<br>                    )<br>v.                  )<br>                    )<br>ADOLFO JONATHAN TORRES, )<br>                    )<br>            Defendant.)<br>_____) | Case No. 08cr0304-W<br><br>**NOTICE OF MOTION**<br>    **AND**<br>**MOTION FOR DISCOVERY**<br><br>Date:    4/1/08<br>Time:    2:00 p.m.<br>Court:   Judge Whelan |

    To:  KAREN P. HEWITT, U.S. Attorney and to
         DOUGLAS KEEN, Assistant U.S. Attorney

    Please take notice that on April 1, 2008 at 2:00 p.m. or as soon thereafter as counsel can be heard, in the courtroom of the Honorable Thomas J. Whelan, defendant, ADOLFO JONATHAN TORRES, will move the court for an Order for discovery as set forth in detail in the Statement of Facts and Memorandum of Points and Authorities.  This motion will be made pursuant to Federal Rules of Criminal Procedure 12 and 16 and will be based on the files and records in this case, this Notice of Motion and Motion

together with the accompanying Memorandum of Points and Authorities and on such oral and documentary evidence as may be presented at the hearing thereof.

Dated:   March 17, 2008

                              s/FRANK M. MURPHY, III
                              Attorney for Defendant
                              E-mail: fmlaw@san.rr.com

## **MOTION**

Defendant, ADOLFO JONATHAN TORRES, by and through his attorney, FRANK M. MURPHY, III, herby moves the court for an order of discovery as set forth in the accompanying Memorandum of Points and Authorities.

The motions are made pursuant to Federal Rules of Criminal Procedure 12 and 16.

The motions are based upon this Notice of Motion, the accompanying Statement of Facts and Memorandum of Points and Authorities, the files and records in this matter and on any oral or documentary evidence which may be produced at the hearing of said motions.

Dated:    March 17, 2008

                              Respectfully submitted,

                              s/Frank M. Murphy, III
                              Attorney for Defendant
                              E-mail:  fmlaw@san.rr.com